JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDEX CORPORATE SERVICES, INC., | Case No. 2:22-CV-01944-AB-JPR |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| SUPER DRIVE USA GROUP, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED WITH PREJUDICE**. This Court retains full jurisdiction over this action through October 28, 2023 for the purpose of enforcement of the parties' settlement agreement and entry of judgment against Defendants in the event of a default in its payment obligations.

Dated: May 26, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.